AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:20-MJ-00839 | Date and time warrant executed: 12/10/20-20   10:42 | Copy of warrant and inventory left with: |
| Inventory made in the presence of : TFO Paul Yasutake | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Dual layer Verbatim Blue-Ray disc containing data extracted from a black iPhone 7 model: A1660, Fcc ID: BCG-E3085A, IC: 579C-E3085A and a silver LG cellular telephone with partial IMEI: 3545--113797474.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/11/2020

_____
Executing officer's signature

Paul K. Yasutake
Printed name and title